UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>KHUONG NGUYEN TRAN<br><br>             Defendant. | No. CR-09-015-EFS-4<br><br>ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS<br><br>☑   MOTION GRANTED **(Ct. Rec. 825)** |

Before the court is Defendant, Khuong Nguyen Tran's Motion to Modify the Conditions of Release by extending evening curfew from 9:00 p.m. to 11:00 p.m. The Defendant, by and through his attorney of record contends that the Defendant has complied with all terms and conditions of his release. Furthermore, Defendant's employer asks that the Defendant be allowed to close the business and complete work by 9:15 p.m. allowing time for him to get home.

The Defendant's Probation Officer, Anne Sauther, has no objection to extending curfew to 11:00 p.m. There has been no response by the United States.

**IT IS ORDERED** that Defendant's Motion to Modify Conditions of Release **(Ct. Rec. 825)** is **GRANTED.** Defendant's 9:00 p.m. curfew is extended to 11:00 p.m. All other conditions of release shall remain in full force and effect.

DATED June 29, 2009.

                              S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS - 1